1    KAREN P. HEWITT
     United States Attorney
2    DAVID D. LESHNER
     Assistant United States Attorney
3    Federal Office Building
     880 Front Street, Room 6293
4    San Diego, California 92101-8893
     Telephone: (619) 557-7163
5    Email: david.leshner@usdoj.gov

6    Attorneys for Plaintiff
     United States of America

7

              UNITED STATES DISTRICT COURT

8

           SOUTHERN DISTRICT OF CALIFORNIA

9

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-2431-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| | ) | |
| PAUL MICHAEL PADILLA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

10

11

12

13

14

15    TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

16       I, the undersigned attorney, enter my appearance as counsel for the United States in the above-

17 captioned case.  I certify that I am admitted to practice in this court or authorized to practice under

18 CivLR 83.3.c.3-4.

19       The following government attorneys (who are admitted to practice in this court or authorized

20 to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead

21 counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to

22 activity in this case:

23       <u>Name</u>

24       None

25    / / /

26    / / /

27    / / /

28    / / /

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None


Please call me at the above-listed number if you have any questions about this notice.


DATED: August 12, 2008                    Respectfully submitted,

                                         KAREN P. HEWITT
                                         United States Attorney

                                         /s/ David D. Leshner
                                         _____
                                         DAVID D. LESHNER
                                         Assistant United States Attorney

                                         Attorneys for Plaintiff
                                         United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-CR-2431-JLS |
| | ) | |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| | ) | |
| PAUL MICHAEL PADILLA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, David D. Leshner, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as counsel for the United States on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Timothy Garrison, Esq.

Wendy Gerboth, Esq.

David Bartick, Esq.

Robert Garcia, Esq.

Stephen Peterson, Esq.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 12, 2008.

/s/ David D. Leshner
DAVID D. LESHNER