**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>       Plaintiff, )<br>v. )<br>**MARC WILLIAM RINES (3)** )<br>       Defendant. ) | Criminal No. 08-CR-2431-JLS<br><br>**ORDER MODIFYING TERMS OF PRETRIAL SUPERVISION TO PERMIT TRAVEL TO MAINE** |

UPON JOINT MOTION OF THE PARTIES AND GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the terms of Pretrial Supervision are modified to allow Mr. Rines to travel to the District of Maine for a period of up to 45 days, with dates and travel itinerary to be approved in advance by United States Pretrial Services.

IT IS FURTHER ORDERED that Mr. Rines report to a United States Pretrial Services Officer in Maine, as directed by United States Pretrial Services Officer Ryan Alejandria.

IT IS FURTHER ORDERED that Mr. Rines reside with his parents, Brian and Nancy Rines while he is in Maine.

SO ORDERED.

DATED: August 29, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge